■ MICHAEL SCARPULLA, Appellant, et al., Plaintiff, v. DOMENICK MOGAVERO, Respondent.— Judgment unanimously affirmed, without costs of this appeal to either party. All concur except Halpern, J., not participating. (Appeal by plaintiff Michael Scarpulla from judgment of Monroe Trial Term for defendant for no cause of action in an automobile negligence action.) Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.

■ In the Matter of EDWARD V. KAROL, as Special Guardian, Appellant, v. STELLA LISZKA, as Committee of JOHN STANIEWSKI, an Incompetent Person, Respondent.— Order unanimously affirmed, without costs of this appeal to either party. (Appeal from order of Erie Special Term dismissing the petition and denying the relief sought by petitioner to remove the committee of an incompetent.) Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES WILSON, Appellant.— Judgment of conviction unanimously affirmed. (Appeal from judgment of Erie County Court convicting defendant of the crimes of assault, second degree, under count one, and carrying and use of dangerous weapons under count three.) Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD GOSSLING, Appellant.— Judgment of conviction unanimously affirmed. (Appeal from judgment of Erie County Court convicting defendant of the crimes of assault, second degree, under counts four and five of the indictment.) Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.

■ JAMES MANDEL, Appellant-Respondent, v. HOWARD REKERS, JR., et al., Respondents-Appellants. RAYMOND R. WILSON, Appellant-Respondent, v. HOWARD REKERS, JR., et al., Respondents-Appellants.— Judgment and order unanimously affirmed, without costs of these appeals to any party. (Cross appeals from judgment of Erie Trial Term for plaintiffs in an automobile negligence action. The order denied plaintiffs' motion for a new trial on the ground of inadequacy.) Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.

■ In the Matter of MARY E. HUNN, Respondent, v. JOHN J. NAPLES et al., Appellants.— Order and resettled order unanimously affirmed, with $25 costs and disbursements. (Appeal from order of Erie Special Term adjudging that the action by Naples and Sicherman in Florida against the estate of Mary E. Hunn is in violation of previous order by VANDERMEULEN, J., and restraining them from prosecuting such action or any other action to collect fees from her estate.) Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.

■ JOANNE GUIDER, Respondent, v. CLEMENT H. GUIDER, Appellant.— Order unanimously affirmed, with $25 costs and disbursements. (Appeal from order of Erie Trial Term adjudging defendant to be guilty of contempt of court for failure to pay alimony provided under a judgment of separation.) Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.

■ JOANNE GUIDER, Respondent, v. CLEMENT H. GUIDER, Appellant.— Order unanimously affirmed, with $25 costs and disbursements. (Appeal from order of Erie Trial Term denying cross motion by defendant to reduce alimony payments and denying motion to modify a judgment of separation by eliminating payments for the support of plaintiff.) Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.